**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:15-CR-039-JAD-(PAL) |
| D'MYCOLE ONDRE BOXLEY, | ) ) ) | |
| Defendant. | ) | |

**ORDER OF FORFEITURE**

This Court finds that on February 23, 2015, defendant D'MYCOLE ONDRE BOXLEY pled guilty to a One-Count Criminal Information charging him with Bank Robbery in violation of Title 18, United States Code, Section 2113(a). Criminal Information, ECF No. 25; Plea Agreement, ECF No. 27; Change of Plea Minutes, ECF No. 29.

This Court finds defendant D'MYCOLE ONDRE BOXLEY agreed to the imposition of the in personam criminal forfeiture money judgment of $3,252 in United States Currency set forth in the Plea Agreement and the Forfeiture Allegation in the Criminal Information. Criminal Information, ECF No. 25; Plea Agreement, ECF No. 27; Change of Plea Minutes, ECF No. 29.

This Court finds that D'MYCOLE ONDRE BOXLEY shall pay a criminal forfeiture money judgment of $3,252 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from D'MYCOLE ONDRE BOXLEY a criminal forfeiture money judgment in the amount of $3,252 in United States Currency.

IT IS FURTHER ORDERED that the government's motion for the District Court to enter this Order [30] is GRANTED.

_____
UNITED STATES DISTRICT JUDGE
Dated:  May 21, 2015.