**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:15-CR-039-JAD-(PAL) |
| ) | |
| D'MYCOLE ONDRE BOXLEY, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

This Court finds that on February 23, 2015, defendant D'MYCOLE ONDRE BOXLEY was found guilty on Count One of a One-Count Criminal Information charging him in Count One with Armed Bank Robbery in violation of Title 18, United States Code, Section 2113(a) and (d). Criminal Information, ECF No. 25; Plea Agreement, ECF No. 27; Change of Plea, ECF No. 29.

This Court finds that D'MYCOLE ONDRE BOXLEY shall pay a criminal forfeiture money judgment of $3,252 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United State Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

///

///

///

///

///

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from D'MYCOLE ONDRE BOXLEY a criminal forfeiture money judgment in the amount of $3,252 in United States Currency.

DATED this ___ day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE