```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,     )   Case No. 2:15-cr-39-JAD-PAL
          Plaintiff,          )
                              )        ORDER TEMPORARILY
     vs.                      )        UNSEALING TRANSCRIPT
                              )
D'MYCOLE ONDRE BOXLEY,        )
          Defendant.          )
_____)
```

On 9/23/2015, Felicia Zabin, Court Reporter, received a Transcript Order form Daniel J. Cowhig, AUSA, requesting various transcripts including the sealed portion of the 2/23/2015 Change of Plea hearing.

IT IS THE ORDER OF THE COURT that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript to Daniel J. Cowhig, AUSA, as requested.

IT IS FURTHER ORDERED that the sealed transcript shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

IT IS FURTHER ORDERED that the receiving party shall not disclose the sealed contents of the transcript of the sealed proceeding to anyone other than the representatives of the parties directly concerned with this case.

Dated: October 5, 2015.

_____
JENNIFER A. DORSEY
United States District Judge

FELICIA R. ZABIN, FCRR, RPR, CCR 478       (702) 676-1087