UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D'MYCOLE BOXLEY,<br><br>　　　　Defendant. | Case No. 2:15-CR-00039-JAD-PAL-1<br><br>**ORDER**<br><br>ECF No. 65 |

　　Based on the parties' stipulation and good cause appearing, IT THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, March 15, 2021 at 1:30 p.m., be vacated and continued to June 29, 2021, at 11:00 a.m.

　　DATED this 3rd day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE